# Exhibit B

**BLOOD HURST & O'REARDON** | LLP

501 W. Broadway, Suite 1490 | San Diego, CA 92101
T | 619.338.1100  F | 619.338.1101
www.bholaw.com

Timothy G. Blood
tblood@bholaw.com

September 25, 2018

**VIA CERTIFIED MAIL (RETURN RECEIPT)**
**(RECEIPT NO. 7018 0040 0000 8346 5075)**

James Quincey, CEO
The Coca-Cola Company
One Coca-Cola Plaza, N.W.
Atlanta, GA 30313

Re:   Hansen's Natural Soda products

Dear Mr. Quincey:

We represent Karen Nelson ("Plaintiff") and all other consumers similarly situated in an action against The Coca-Cola Company ("Coca-Cola" or "defendant"), arising out of, *inter alia*, misrepresentations by Coca-Cola to consumers that its Hansen's Natural Soda products are natural when in fact they contain artificial and synthetic ingredients, including caramel color, ascorbic acid and citric acid.

Plaintiff and others similarly situated purchased defendant's Hansen's Natural Soda products unaware of the fact that defendant's representations were deceptive and not truthful, including because they contain artificial and synthetic ingredients. The full claims, including the facts and circumstances surrounding these claims, are detailed in the Class Action Complaint, a copy of which is attached and incorporated by this reference.

These representations and omissions are false and misleading and constitute unfair methods of competition and unlawful, unfair, and fraudulent acts or practices, undertaken by defendant with the intent to result in the sale of Hansen's Natural Soda products to the consuming public.

Defendant's practices constitute violations of the Consumers Legal Remedies Act, California Civil Code §§ 1750, *et seq.* Specifically, defendant's practices violate California Civil Code § 1770(a) under, *inter alia*, the following subdivisions:

(5)   Representing that goods or services have . . . approval, characteristics, . . . uses [or] benefits . . . which they do not have . . . .

\* \* \*

(7)   Representing that goods or services are of a particular standard, quality or grade . . . if they are of another.

\* \* \*

(9)   Advertising goods or services with intent not to sell them as advertised.

\* \* \*

(16)   Representing that the subject of a transaction has been supplied in accordance with a previous representation when it has not.

00141264



BLOOD
HURST &
O'REARDON | LLP

James Quincey, CEO
The Coca-Cola Company
September 25, 2018
Page 2

    As detailed in the attached Complaint, defendant's practices also violate California Business and Professions Code §§ 17200, *et seq.*, and constitute a breach of warranty.

    While the Complaint constitutes sufficient notice of the claims asserted, pursuant to California Civil Code § 1782 and California Commercial Code § 2607, we hereby demand on behalf of our client and all others similarly situated that defendant immediately correct and rectify these violations by ceasing the misleading marketing campaign, ceasing dissemination of false and misleading information as described in the enclosed Complaint, and initiating a corrective advertising campaign to re-educate consumers regarding the truth of the products at issue. In addition, Coca-Cola must offer to refund the purchase price to all consumer purchasers of Hansen's Natural Soda products, plus provide reimbursement for interest, costs, and fees.

    We await your response.

Sincerely,

TIMOTHY G. BLOOD

TGB:jk

Enclosure

cc:   Michael T. Fraser

00141264