# Exhibit C

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
CRAIG W. STRAUB (249032)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
cstraub@bholaw.com

THE FRASER LAW FIRM, P.C.
MICHAEL T. FRASER (275185)
4120 Douglas Blvd., Suite 306-262
Granite Bay, CA 95746
Tel: 888/557-5115
866/212-8434 (fax)
mfraser@thefraserlawfirm.net

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN NELSON, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br> v.<br><br>THE COCA-COLA COMPANY,<br><br>  Defendant. | Case No. '18CV2225 H  AGS<br><br>**CLASS ACTION**<br><br>**AFFIDAVIT OF TIMOTHY G. BLOOD PURSUANT TO CALIFORNIA CIVIL CODE §1780(d)**<br><br>**JURY TRIAL DEMANDED** |

AFFIDAVIT OF TIMOTHY G. BLOOD PURSUANT TO CAL. CIV. CODE § 1780(d)

00141270

I, TIMOTHY G. BLOOD, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am the managing partner of the law firm of Blood Hurst & O'Reardon, LLP, one of the counsel of record for Plaintiff in the above-entitled action.

2. Defendant The Coca-Cola Company ("Coca Cola") manufactures, markets and sells the Hansen's Natural Sodas throughout the United States, including in San Diego County. Plaintiff resides in San Diego County and purchased one or more of the Hansen's Natural Sodas at issue in San Diego County.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 25, 2018, at San Diego, California.

                                       *s/ Timothy G. Blood*
                                       TIMOTHY G. BLOOD