# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN NELSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>   v.<br><br>THE COCA-COLA COMPANY,<br><br>Defendant. | Case No. 3:18-CV-2225<br><br>**ORDER GRANTING<br>JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D |

The Court, having reviewed the Joint Motion to Dismiss by and between Plaintiff Nelson and Defendant The Coca-Cola Company, orders as follows:

**IT IS ORDERED THAT** the Joint Motion to Dismiss by Plaintiff Nelson and Defendant The Coca-Cola Company is granted and this entire action and all parties are dismissed with prejudice. Both Plaintiff and Defendant will bear their own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

Dated: February 21, 2019

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge

10845260

Case No. 3:18-CV-2225