ERNESTO GARCIA
NONMEMBER OF THE BAR
135 NW 48th Court
Miami, Fl. 33126
(786) 319-8623
ddvnoah@gmail.com



**FILED**

Mar 21 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ AKR        DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

San Diego Division

---

KAREN NELSON

    Plaintiff,

v.

COKE MONSTER
*(The Coca-Cola Company*
*Hansen Soda)*

    Defendant.

Case No. **18-cv-02225-GPC**
<u>CLASS ACTION</u>

---

### NOTICE OF APPEAL

---

ERNESTO GARCIA
*Interest Party/Intervenor/Punitive Class Member*

Plaintiff/Appellant

v.

COKE MONSTER
*(The Coca-Cola Company)*

Defendant/Appellee.

---

Intervenor-Plaintiff/Appellant ERNESTO GARCIA, hereby pursuant to FRCP 4

---

appeals entry February 20th, 2019, [doc. 20], *attached (A)*, Court's order of February 20th, 2019 [doc.21], *attached (B)* Court's order of February 21st, [doc.22], *attached (C)* and orders of March 4th, 2019 [doc. 23/24] *attached (D) & (E)* to the Ninth Circuit Court of Appeals.

## APPEAL ISSUES

1. Defendant pleaded entry [doc. 20] should be stricken being a sham and unethical under the bar rules and against the Rule 11.

2. MJ order entry [doc. 21] should be withdraw.

3. The order of February 21st, 2019 [doc.22] dismissing the case w/prejudice is a gross abuse of discretion and/or clearly erroneous.

4. The orders entry [doc. 23/24] is a grossly Unconstitutional.

*Filed this 18th day of March 2019*

/EG/

ERNESTO GARCIA
135 NW 48th Court
Miami, Fl. 33126
(786) 319-8623
ddvnoah@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnish by PDF attachment to the following interest parties email address of record this 18th day of March 2019.

/EG/

**PLAINTIFF**
Timothy Blood
tblood@bholaw.com

**DEFENDANT**
The Coca-Cola Company
Dave Fox
dave@foxlawapc.com

| | |
|---|---|
| BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>THOMAS J. O'REARDON II (247952)<br>CRAIG W. STRAUB (249032)<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel: 619/338-1100<br>619/338-1101 (fax)<br>tblood@bholaw.com<br>toreardon@bholaw.com<br>cstraub@bholaw.com<br><br>THE FRASER LAW FIRM, P.C.<br>MICHAEL T. FRASER (275185)<br>4120 Douglas Blvd., Suite 306-262<br>Granite Bay, CA 95746<br>Tel: 888/557-5115<br>866/212-8434 (fax)<br>mfraser@thefraserlawfirm.net<br><br>*Attorneys for Plaintiff* | FOX LAW APC<br>Dave Fox<br>225 West Plaza Street, Suite 102<br>Solana Beach, CA 92075<br>dave@foxlawapc.com<br>Telephone: (858) 256-7616<br><br>PATTERSON BELKNAP WEBB<br>& TYLER LLP<br>Steven A. Zalesin (admitted *pro hac vice*)<br>sazalesin@pbwt.com<br>Jane Metcalf (admitted *pro hac vice*)<br>jmetcalf@pbwt.com<br>1133 Avenue of the Americas<br>New York, New York 10036-6710<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br><br><br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN NELSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>Defendant. | Case No. 3:18-CV-2225<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D |

Plaintiff Karen Nelson and Defendant The Coca-Cola Company, by and through their undersigned counsel, hereby file this Joint Motion to Dismiss

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties request that the Court dismiss all of Plaintiff's claims against Defendant with prejudice. Both Plaintiff and Defendant will bear their own costs, expenses and attorneys' fees.

Dated: February 20, 2019

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
CRAIG W. STRAUB (249032)

By: /s/ Timothy G. Blood
    TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
cstraub@bholaw.com

THE FRASER LAW FIRM, P.C.
MICHAEL T. FRASER (275185)
4120 Douglas Blvd., Suite 306-262
Granite Bay, CA 95746
Tel: 888/557-5115
866/212-8434 (fax)
mfraser@thefraserlawfirm.net

*Attorneys for Plaintiff*

//
//
//
//

JOINT MOTION TO DISMISS WITH PREJUDICE
Case No. 3:18-CV-2225

2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN NELSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>Defendant. | Case No.: 18cv2225-GPC(MSB)<br><br>**ORDER VACATING SETTLEMENT DISPOSITION CONFERENCE** |

On February 20, 2019, the parties jointly filed a motion for dismissal with prejudice [ECF No. 20]. In light of the motion for dismissal, the Settlement Disposition Conference previously set for February 21, 2019, at 1:30 p.m. is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: February 20, 2019

Honorable Michael S. Berg
United States Magistrate Judge

(B)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN NELSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>Defendant. | Case No. 3:18-CV-2225<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D |

The Court, having reviewed the Joint Motion to Dismiss by and between Plaintiff Nelson and Defendant The Coca-Cola Company, orders as follows:

**IT IS ORDERED THAT** the Joint Motion to Dismiss by Plaintiff Nelson and Defendant The Coca-Cola Company is granted and this entire action and all parties are dismissed with prejudice. Both Plaintiff and Defendant will bear their own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

Dated: February 21, 2019

*/s/ Gonzalo Curiel*
Hon. Gonzalo P. Curiel
United States District Judge

Case No. 3:18-CV-2225

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Gonzalo P. Curiel

| FROM: A. Smith, Deputy Clerk | RECEIVED DATE: February 27, 2019 |
|---|---|
| CASE NO. 18-cv-02225-GPC-MSB | DOC FILED BY: Ernesto Garcia |
| CASE TITLE: Nelson v. The Coca-Cola Company | |
| DOCUMENT ENTITLED: Petition to Intervene | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation.

Case dismissed with prejudice on 2/21/19.

Date Forwarded: __February 28, 2019__

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☒ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: March 4, 2019

Hon. Gonzalo P. Curiel
United States District Judge



# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Gonzalo P. Curiel

| FROM: A. Smith, Deputy Clerk | RECEIVED DATE: February 27, 2019 |
|---|---|
| CASE NO. 18-cv-02225-GPC-MSB | DOC FILED BY: Ernesto Garcia |
| CASE TITLE: Nelson v. The Coca-Cola Company | |
| DOCUMENT ENTITLED: Motion to Alter/Amend Judgment | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation.

Case dismissed with prejudice on 2/21/19.

Date Forwarded: **February 28, 2019**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☐ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☒ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: March 4, 2019

Hon. Gonzalo P. Curiel
United States District Judge

(E)

Ernesto Garcia
135 NW 48th Ct.
Miami, FL. 33126



Office of the Clerk
U.S. Dist. Ct. Sutern Dist
California
San Diego
333 West Broadway
#420
San Diego, CA 92101