**FILED**

Feb 28 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ AKR          DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KAREN NELSON, individually, and on behalf of all others similarly situated, | No. 19-55355 |
| Plaintiff - Appellee, | D.C. No. 3:18-cv-02225-GPC-MSB |
| | U.S. District Court for Southern California, San Diego |
| v. | |
| THE COCA-COLA COMPANY, | **MANDATE** |
| Defendant - Appellee, | |
| v. | |
| ERNESTO GARCIA, Proposed Intervenor, | |
| Movant - Appellant. | |

| | |
|---|---|
| KAREN NELSON, individually, and on behalf of all others similarly situated, | No. 19-55572 |
| Plaintiff - Appellee, | D.C. No. 3:18-cv-02225-GPC-MSB |
| | U.S. District Court for Southern California, San Diego |
| v. | |
| THE COCA-COLA COMPANY, | |
| Defendant - Appellee, | |

v.

ERNESTO GARCIA, Proposed
Intervenor,

              Movant - Appellant.

The judgment of this Court, entered February 06, 2020, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                         FOR THE COURT:

                         MOLLY C. DWYER
                         CLERK OF COURT

                         By: Rebecca Lopez
                         Deputy Clerk
                         Ninth Circuit Rule 27-7

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 6 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KAREN NELSON, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff-Appellee,<br><br> v.<br><br>THE COCA-COLA COMPANY,<br><br>     Defendant-Appellee,<br><br> v.<br><br>ERNESTO GARCIA, Proposed Intervenor,<br><br>     Movant-Appellant. | Nos. 19-55355<br>    19-55572<br><br>D.C. No. 3:18-cv-02225-GPC-MSB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before:  FERNANDEZ, SILVERMAN, and TALLMAN, Circuit Judges.

The district court denied appellant's motion to proceed in forma pauperis on appeal because appellant was not a party to the action. On July 3, 2019, the court ordered appellant to explain in writing why these consolidated appeals should not be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record and responses to the July 3, 2019 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (contained in Docket Entry No. 5) and dismiss these

consolidated appeals as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

All other pending motions are denied as moot.

**DISMISSED.**

19-55355